MICHAEL A. PAINTER, Bar #43600
painter@ikplaw.com
JACK G. CAIRL, Bar #105335
cairl@ikplaw.com
ISAACMAN, KAUFMAN & PAINTER
10250 Constellation Boulevard, Suite 2900
Los Angeles, California 90067
(310) 881-6800 - Telephone
(310) 881-6801 - Facsimile

JS - 6

Attorneys for Plaintiff,
MURAD, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MURAD, INC., a California corporation,<br><br>Plaintiff,<br><br>v s.<br><br>RODAN & FIELDS, LLC, a California limited liability company; DOES I - X, Inclusive,<br><br>Defendants.<br><br>AND RELATED CROSS-ACTION. | CASE NO. CV12-1153-R(JCx)<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

For good cause shown, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, IT IS HEREBY ORDERED that:

1.  Murad's first amended complaint and all claims therein against Rodan & Fields are dismissed with prejudice.

MAP-MURAD-1908

1          2.     Rodan & Fields counterclaims against Murad are dismissed with
2  prejudice.
3          3.     This Court shall retain jurisdiction over the subject matter of this case
4  until February 22, 2013 for the purposes of enforcing the terms of the parties'
5  Confidential Settlement Agreement and Mutual General Release pursuant to
6  <u>Kokkonen v. Guardian Life Ins. Co.</u>, 511 U.S. 375, 114 S.Ct. 1673 (1994).

_____
UNITED STATES DISTRICT JUDGE

Dated: May 3, 2012